IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRELL EUGENE CLANTON,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION NO. 05-0343-WS-M** |
| **JERRY FERRELL,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this habeas petition be DENIED as time-barred and that this action be **DISMISSED**.

**DONE** and **ORDERED** this 29th day of December, 2005.

                                                          s/WILLIAM H. STEELE
                                                          UNITED STATES DISTRICT JUDGE