IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DARRELL EUGENE CLANTON,** :

    Petitioner, :

v. : CIVIL ACTION NO. 05-0343-WS-M

**JERRY FERRELL,** :

    Respondent. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Jerry Ferrell and against Petitioner Darrell Eugene Clanton.

**DONE** and **ORDERED** this 29th day of December, 2005.

                                       s/WILLIAM H. STEELE
                                       UNITED STATES DISTRICT JUDGE